IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-MC-96-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $60,587.00 IN US ) | ORDER |
| CURRENCY SEIZED FROM THU ANH ) | |
| UNG ON OR ABOUT FEBRUARY 20, ) | |
| 2020, ) | |
| ) | |
| ONE ROLEX WATCH SEIZED FROM ) | |
| THU ANH UNG ON OR ABOUT ) | |
| FEBRUARY 20, 2020, and ) | |
| ) | |
| ONE BREITLING WATCH SEIZED ) | |
| FROM THU ANH UNG ON OR ABOUT ) | |
| FEBRUARY 20, 2020, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Second Consent Motion for Extension of Time to File Forfeiture Complaint." For the reasons set forth in the Motion, this Court hereby grants a forty-five-day extension to file the Complaint, until and including October 19, 2020.

**SO ORDERED**.

Signed: September 3, 2020

David S. Cayer
United States Magistrate Judge